No. 8702. STATE OF MONTANA ex rel., A. E., ARM-STRONG, et. al., PETITIONERS AND DEFENDANTS, *v.* DISTRICT COURT, GLACIER COUNTY, et al., RESPONDENTS.

After due consideration of petitioner's amended, application, for writ of certiorari in, the above entitled cause, the application is denied. Carl Lindquist, Chief Justice, C. F., Morris, Hugh R. Adair, Albert H. Angstman, Edwin K. Cheadle, Associate Justices.

Dated this 17th day of October, 1946.

Attorneys for Petitioners: *Murrills and Frisbee,* Cut Bank.

Attorneys for Respondents: *S. J. Rigney,* Cut Bank.

No., 8703. William, B. Ellis,, PLAINTIFF *and* APPELLANT, *v.* FLORENCE ELLIS, DEFENDANT AND RESPONDENT.

Pursuant to Praecipe, IT IS HEREBY ORDERED that the appeal in the above entitled cause be and the same is hereby dismissed.

Dated this 12th day of November, 1946.

Attorneys, for Appellants: *H. B. Hoffman,* Great Falls; *L. W. Paul,* Great Falls.